## SHELLEY V. THE STATE.

(Decided Jan. 16, 1912.  Rehearing denied Jan. 30, 1912.)

APPEAL from Barbour Circuit Court.

Heard before Hon. MIKE SOLLIE.

PEACH & THOMAS, for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.  Affirmed on the authority of *Scott v. The State,* 3 Ala. App. ____; 57 South. 413.

---

## WILSON V. THE STATE.

(Decided Jan. 16, 1912.  Rehearing denied Jan. 30, 1912.)

APPEAL from Barbour Circuit Court.

Heard before Hon. MIKE SOLLIE.

PEACH & THOMAS, for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.  Affirmed on the authority of *Scott v. The State,* 3 Ala. App. ____; 57 South. 413.

---

## BRANNON V. THE STATE.

(Decided Jan. 16, 1912.  Rehearing denied Jan. 30, 1912.)

APPEAL from Barbour Circuit Court.

Heard before Hon. MIKE SOLLIE.

PEACH & THOMAS, for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.  Affirmed on the authority of *Scott v. The State,* 3 Ala. App. ____; 57 South. 413.